UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GRIFFIN,

          Plaintiff,
v.                            Case No. 8:09-cv-2640-T-33MAP

CITY OF TAMPA POLICE DEPARTMENT,
A. PETTIT, an individual,

          Defendants.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Mark A. Pizzo's Report and Recommendation (Doc. # 8), issued on February 19, 2010, which recommends that Plaintiff's motion to proceed *in forma pauperis* be denied, and the case be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

As of this date, there are no objections to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert.</u> <u>denied</u>, 459 U.S. 1112

(1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. United States Magistrate Mark A. Pizzo's Report and Recommendation (Doc. # 8) is **ACCEPTED** and **ADOPTED.**
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. # 2) is denied, and the case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).
3. The Clerk is directed to close this case

**DONE** and **ORDERED** in Tampa, Florida, this <u>10th</u> day of March, 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Parties and Counsel of Record